# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137084

PEOPLE OF THE CITY OF GROSSE
POINTE PARK,
        Plaintiff-Appellee,

v

SHYAAM AL-AZIM LANDRUM,
        Defendant-Appellant.

SC: 137084
COA: 282403
Wayne CC: 07-100068-AR
LC: 06-P0137-OM

_____/

     On order of the Court, the application for leave to appeal the June 20, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

Clerk

d0316